**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ESTUARDO RAMIREZ TORRES,<br><br>    Petitioner,<br><br>    v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | NO. ED CV 15-2144-RSWL(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 6, 2016       S/ RONALD S.W. LEW
                         HON. RONALD S.W. LEW
                         SENIOR U.S. DISTRICT JUDGE